UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                Case No. 1:25-cr-90

v.

                                    JUDGE DOUGLAS R. COLE

JAMES RIVER PHILLIPS,

       Defendant.

## ARRAIGNMENT AND PLEA ON INFORMATION

Defendant appeared with counsel Scott Croswell.

Defendant executed a Waiver of Indictment.

Defendant arraigned and specifically advised of rights.

Plea Agreement summarized by AUSA Emily Glatfelter

Statement of Facts read by AUSA Emily Glatfelter

Defendant entered a GUILTY plea to Count 1 of the Information.

Court deferred acceptance of Plea Agreement pending completion and review of Presentence Report

Referred to Probation Department for Presentence Report

Defendant's counsel requests that GPS monitoring and curfew be removed, along with the travel restriction for the purpose of new employment.

Government objects to travel restriction being removed.

Court GRANTS Defendant's request and orders that Defendant will remain on bond on previously imposed conditions of release, as modified by the Court.  Defendant is ordered to work with his Pretrial Services Officer on a weekly schedule of upcoming travel so that they are aware of when he is traveling and his location.

| | |
|---|---|
| **Judge:** | Douglas R. Cole |
| **Courtroom Deputy:** | Melissa Saddler/Austin Carpenter |
| **Court Reporter:** | Sue Lopreato |
| **Date:** | September 24, 2025 |