## **<u>Character Reference Letters</u>**
## **<u>on Behalf James Phillips</u>**

1)      Letter from Marla Phillips
2)      Letter from Richard Phillips
3)      Letter from Barbara M. Hopkins, Ph.D.
4)      Letter from Traci Tippman
5)      Letter from Walfredo Reyes, Jr.
6)      Letter from Bernadetter Longano
7)      Letter from June Williams
8)      Letter from Thomas and Rebecca Meyer
9)      Letter from Rev. Allan R. Laubenthal, S.T.D.
10)     Letter from Matthew Schuerman
11)     Letter from Rev. Rober J. Farrell
12)     Letter from James Phillips

Marla A. Phillips
5451 Sentinel Oak Drive
Mason, OH 45040
513-238-4338

December 28, 2025

The Honorable Douglas R. Cole
Southern District of Ohio
Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Dear Judge Cole,

I am grateful to have this opportunity to share with you a picture of our son, James River Phillips, for your consideration as you review the case information heading into our "sentencing hearing" - words I never dreamed I'd be typing!

People who get to know James are continually fascinated by the beautifully unique, gifted, inquisitive and kindhearted young person he is. I'd like to share some insight into who he is, but also how he has responded to our current situation.

**How did James respond to his time in prison?** James was put in prison on Holy Thursday (a day that helped me make very personal connections with my faith that you don't internalize until a situation happens to your son that you can't stop) and was released 5 days later. During the first 48 hours, we only had a 2-minute phone call that Thursday night that abruptly dropped (we had no clue about prison accounts for phone calls, etc.). When we could finally talk with him Saturday evening, he was crushed. The sensationalized news was playing constantly in prison and he assumed that everyone on the outside "hated him and that no one loved him anymore". When we told him instantly that we love him and always will and that neighbors we've never met brought food to us, he broke down in tears. The first thing he said was "how do these other guys make it through this without a family on the outside who loves them, is supporting them and is fighting for them"? During that same conversation, at the lowest point he has ever been in his life, he shared with us his desire to go into prison ministry. His intent was so pure that he researched it this summer but of course found out that he will need to wait before he is allowed to do this.

**How did James spend his summer?** He started at the lowest he has ever been and he spent time trying to pick himself back up again. He lost his job, was asked to leave his apartment because of the news sensationalism that caused other tenants to be afraid of him, he lost his best friend who will not be allowed to communicate with him until this entire process is over, and his rock band dissolved since the dad of his guitarist didn't want his son to communicate with James. James poured himself into his garden, studying politics, and being with our family. One day I saw James at the back of our yard by his garden, squatted down for a very long time. When he came in, I asked him what he had been doing. He said he researched and found that certain insects like one of his vegetables and lay eggs on the underside of the leaves. So, he was out there with a water bottle squirting off the insect eggs from each leaf!

**Getting back on his feet:** We are so very grateful to you for allowing James to accept the truck driving job in September and leave Southwest Ohio. Thank you so much!! Can you believe that when he went to Huntsville Alabama, he went to the NASA museum? When he went to Charlotte North Carolina, he was able to have a cookout with his big brother at his house? He got bonuses from Amazon in the first month because he beat all kinds of safety records. He received a commendation from Amazon, because if it wasn't for James's quick thinking, a woman who pulled out in front of him and stopped would have lost her life (they have cameras and AI detection that reported the movements back to Amazon). This job has given him the chance to continue towards his goal of financial independence as he builds his music career, and he is looking into buying a house next year. Thank you so much again!

**What was the impression of the psychiatrist who did the court-ordered mental health evaluation of James?** Dr. Deardorff met with James in person, did all the tests, met with him again and called him on several occasions throughout the summer. He also interviewed me by phone. Dr. Deardorff was so fascinated with James that he couldn't believe James and I met every Friday night for several months to talk through essays he picked out from a book called "101 Essays that will Change the Way you Think". Dr. Deardorff told me that he has since ordered the book, and said he has never heard of a 19-year-old boy meeting with his mom on Friday nights to talk about the philosophy of life. Dr. Deardorff was astounded to learn that we eat together as a family every night, pray before dinner, hug and kiss each other good night, and find each other in the house to say goodbye before we go anywhere.

**His Music:** I'd like to convey that James is off the charts musically gifted. When he hears music, he sees it in colors. Music teachers at "School of Rock" would get a little frustrated, because James wanted to learn and master all of the rudiments instead of actual songs, which is completely opposite of what recreational musicians want to do. After playing drums for less than 1 year at age 16, the current drummer of CHICAGO (Wally Reyes) took him on as his protégé. Now, at age 21, Wally calls James every time he is in town (he lives in Newport, KY) to come over to his house and hang out for the entire day as peers. James can text 3 of the top 5 drummers in the world today and get responses right away. Mike Mangini (drummer for Dream Theater) ran a master class, and instead of trying to teach James, he watched his style and skill, and told him to keep making it his own. James works very hard to master his craft, which is also why he has zero tolerance for drugs and alcohol (for himself, brothers, friends and bandmates). He wants his band to become a famous touring band...of course, right? But if you ask him why, he will tell you that it is because he can then use that fame to influence outcomes that can make a difference in the world. He was very moved when he learned about Live Aid and the making of "We Are the World".

**Deep Thinker:** It is interesting that James enjoys being with older adults more than kids his own age. He looks at the media manipulation of college kids and how their liberal views are grounded in propaganda messaging, instead of deep understanding. As a result, James loves to talk with my husband and me, Wally, his former boss and friends, and his girlfriend's grandparents (who have him and their granddaughter over for dinner twice a month). James enjoys spending time researching everything, including politics and world events, and then talking through what he is learning. He makes decisions with intentionality around the kind of husband and father he wants to be, and the friend, son and brother that he is.

I'll part with this picture from last summer when James was walking with his young cousin who held his hand for a full 1.5-mile walk/hike.  James listened intently as his cousin talked about all that was important in his 8-year-old life. Our family refers to James as a gentle giant.

Thank you in advance for taking the time to learn more about James as you consider the sentencing of this case.  We are grateful to you.

Sincerely,

Marla A Phillips

Marla Phillips

Richard W. Phillips
5451 Sentinel Oak Drive
Mason, OH 45040
513-410-6998

December 17, 2025

The Honorable Douglas R. Cole
Southern District of Ohio
Potter Steward U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Dear Judge Cole,

Thank you for this opportunity to provide additional background and personal qualities related to our son, James River Phillips, as we enter the sentencing phase of his case. His mom and I are grateful for your time and consideration in reviewing this supplement.

**How we got here:** From a young age, James has always been inquisitive about how things work. James also has a very creative side, both with his music and various mechanical projects he has undertaken. In the fifth grade, he retrofitted an electric motor on a kids Razor car to give it more power. He did this because, as he had grown older (and heavier), the speed of the car had decreased when operating with the original motor. He and a friend also attempted to convert a pedal car into a go-cart by cutting and extending the frame, planning to upgrade it with a gas-powered engine. However, they could never identify a suitable means for connecting a braking system, so the project was abandoned. In the sixth grade, James also designed and built a SCUBA system that he could use for swimming underwater for extended periods of time. To do this, he used an air compressor that delivered air through a series of valves to control the flow. The air was fed to him through a flexible plastic tube as he swam along the bottom of the pool. Other notable projects involved 3-D printing the parts for constructing a model power boat with a functional inboard motor and fabricating a to-scale model jumbo jet "glider" from aluminum tubing and corrugated board. More recently, James installed an intricate irrigation system in his garden. One in which he can connect directly to a water hose or to a pressurized tank of water. His setup has even impressed the technicians who come to work on our sprinkler system from time to time. If he's at the garden, they take time to speak with him about it. While many young boys may be interested in sports, or even just sitting around watching television or playing video games, James has always preferred to be outdoors or working on one of his projects. Generally, we have encouraged him in such endeavors. In today's world, his "Radio Shack" brand of passion and curiosity is rare among his peers.

**As a person:** James is very thoughtful of others, especially his family and friends. He demonstrates a lot of love toward his immediate family, as well as his extended family. He typically maintains a small number of close friends, to whom he is very loyal and committed. James is also dedicated to his music and job. He is diligent about getting to work on-time and works extra hours when they are available. He sets high standards for himself with regard to the

quality of his work and, with the exception of spending some of his money on hobbies, he is very frugal. In fact, out of our five sons, he is the most responsible with his earnings.

As stated before, James is a very loyal and trustworthy individual. For example, he became aware that a friend from high school had been using drugs to cope with emotional stress. Because of this, some mutual acquaintances shunned this person and avoided him altogether. James, on the other hand, continued to engage his friend and eventually, through many conversations and much persuasion, motivated him to stop his reckless behavior. Another example involves a different friend who would come over for dinner and spend the night at our house from time to time throughout high school, and even a year or so afterward. It wasn't until this past year that James told me the reason his friend would come over sometimes on such short notice. Apparently, there were family dynamics that, on occasion, made it difficult for this individual to stay at his home. Helping as much as possible, James protected his friend from the stress of his situation, but also didn't share family particulars with others, which may have been embarrassing for someone of that age.

More recently, during one of our calls with James when he was in jail, he spoke about some of his perspectives on lockup. One of the things he discussed was how some of the ICE detainees were treated. Many of the immigrants didn't speak English, leading to the guards making fun of them and demeaning them repeatedly. James interpreted this as callous and undignified. It really bothered him that the guards could be so insensitive. As a parent, I was astounded by the fact that he was thinking of others given his own diminished predicament. At the same time, it was somewhat gratifying that some of our parenting may have paid off, even if the circumstances were not optimal.

James is a very unique person. He is intelligent, witty, very talented (musically and mechanically) and often finds friends anywhere he goes. He is very approachable and always finds something in common about which to converse with others, even strangers. Although rare in his generation, James also has a flair for the nostalgic. He loves collecting obsolete and dated memorabilia. He's a curator, so to speak, and loves knowing the history of the things he collects. He enjoys most anything retro, including television shows and commercials, music, cars, instruments, and technology. Even his hair is from the 1980s.

In closing, James is someone who has the ability to process an array of information to develop a knowledgeable understanding of a subject. He has been blessed with many talents which he utilizes productively. He is also very smart, capable, and dedicated, attributes that will help him pursue a successful future.

Again, I am grateful for having the opportunity to share this with you in consideration for James' sentencing hearing. Thank you for your time.


Sincerely,

Richard W. Phillips

Richard W. Phillips

April 28, 2025

Scott Croswell
8 West 9th Street
Cincinnati, OH 45202

Dear Mr. Croswell:

This letter is written on behalf of your client, **James Phillips**. Since he was in grade school, James has had an interest in chemistry and in performing experiments that demonstrate chemical principles. Fundamental to the performance of experiments is an understanding of the safety conditions that must be adhered to when working in a laboratory. At an age much younger than the typical student of chemistry, James demonstrated to me his knowledge of such procedures and his commitment to placing safety first when working with chemicals.

During his last year of grade school, James' Mother (an alum and former employee of Xavier University) asked if he and she could come to Xavier to do some chemistry experiments in a typical college-level laboratory. At the time, I was the Chair of the Xavier University Chemistry Department. Consistent with our department's desire to encourage younger students to be interested in science, I agreed to meet James and his Mother on a Sunday afternoon at Xavier.

James had a list of experiments that he wanted to try. He had prepared a list of all the chemicals and the equipment needed for the experiments. I was impressed with the amount of research he had done in preparing his lists. Even more impressive was the fact that he had also researched the safety considerations for working with these chemicals and brought with him personal protection materials such as a lab coat, safety goggles, and gloves. He also knew procedures related to safety with respect to using analytical balances, separatory funnels, and distillation apparatus to name a few pieces of the equipment needed for him to perform his experiments.

Details regarding safety are taught at the beginning of each college–level general chemistry and organic chemistry course. For many students this is their first exposure to safety considerations. I was then and continue to be impressed by the fact that James, while he was a grade-school student, already had such knowledge. Although this occurred several years ago, I also remember the carefulness that he showed in doing his experiments both from wanting to do them correctly and also being prepared to perform them in a safe manner. Based on these observations, I believe that James would have regarded safety to himself and to others in any future work that he did with chemicals.

Thank you for considering my thoughts about James and please contact me if additional information on his behalf is needed.

Sincerely,

*Barbara M. Hopkins*

Barbara M. Hopkins, Ph.D.
Professor Emeritus
Department of Chemistry
Xavier University
513-745-2063
hopkins@xavier.edu

Traci Tippmann

7157 Linn Rd

Liberty Twp., OH 45044

April 28, 2025

Re: Character reference for James Phillips

To whom it may concern,

My name is Traci Tippmann. My family and I have been blessed to know James Phillips for over the last 16 years. My son and James have been good friends ever since our families met years ago at our parish. My son and James also attended grade school together at St Susanna School. Our families have been good friends with each other over the years.

James has always been a kind, considerate, intelligent young man. James is a very creative individual with a lot of curiosity. He is a "hands on" person. James is creative both musically (by writing music and playing instruments) and in his desire to invent and build different things. He has possessed these qualities for as long as I have known him. My son and James used to have sleepovers in which they would spend their time earning money so they could go to Home Depot and buy supplies to make different contraptions with wood and other materials. The two of them would also tinker with old motors, trying to figure out how things work.

James is a good young man. He is a big guy with a big heart. He has been a great friend to my son over the years and my family and I are honored to know him.

Sincerely,

Traci Tippmann

Walfredo Reyes, Jr.
724 Monroe Street
Newport, KY 41071
April 26, 2025

Mr. Scott Criswell
8 West 9th Street
Cincinnati, OH 45202

To Whom It May Concern,

I am writing this letter to express my sincere thoughts and feelings about my good friend and drum student, James Phillips. I have had the pleasure of knowing James for over seven years, since he was a young high school student with a passion for music and an eagerness to learn.

In my profession as a touring musician and drummer for the band CHICAGO, I have had the opportunity to mentor and teach many young, aspiring musicians over the years — and I can confidently say that James has always stood out as one of my favorites and most dedicated students. He is a hard-working, kind-hearted young man with excellent manners, a positive attitude, and a genuine spirit. James is the kind of person who is always willing to help others, lend a hand to fellow students, and show up with a smile, eager to grow and contribute.

When I heard the recent news involving James, I was deeply surprised and saddened. After learning more about the situation, it became clear that much of what has been portrayed publicly does not reflect the young man I have come to know so well over these years. While none of us are immune to mistakes — especially in our youth — I firmly believe that one poor decision should not define a person's future or erase the countless good qualities and contributions they have made to those around them.

James comes from a wonderful, supportive family whom I have had the pleasure of meeting on multiple occasions. They are caring, involved, and have raised their children with strong values and compassion for others. My heart goes out to them.

The purpose of this letter is to provide a truthful, heartfelt account of the James I know: a respectful, dedicated, and good-natured young man who has always carried himself with integrity in my presence and within our music community. I strongly believe he has a bright future ahead of him, and it would be a tragedy for a single mistake to overshadow the person he truly is.

Thank you for taking the time to consider my words. I hope they offer some insight into the character of this remarkable young man.

Sincerely,
Walfredo Reyes, Jr.
Drummer –– CHICAGO
Musician, Educator, Mentor

April 25, 2025

R. Scott Croswell, III
Croswell & Adams Co., L.P.A.
8 West 9th Street
Cincinnati, OH 45202

RE: James R. Phillips

Dear Scott,

I have known James Phillips for almost seven years and it is rare to find a person with such intelligence, character and loyalty. My second son, Tony, was socially awkward and was bullied throughout grade school because he didn't fit in. It was common to find Tony reading voluminous books on military history throughout grade school, as he intended to pursue a military career in the special forces. At nine years old, when other kids were talking about professional sports teams, Tony would regularly discuss topics including Persia/Iran, North Korea, Vietnam, Russian, Ukraine, and Biblical history. Tony joined the U.S. Naval Sea Cadets at eleven years old and chose to attend St. Xavier High School because he aspired to attend a military academy.

Fortunately, Tony met James his freshman year at St. Xavier. James was accepting, kind and loyal from day one. James is the kind of kid you would want your children to have as a friend. James would not let other students eat lunch alone. James would not tolerate division in their small group of friends – he was always the peacemaker. He is timid and quiet and extremely respectful of his parents and authority. It is so rare to find a person as loyal as James. James is also incredibly intelligent – probably genius-level intelligent. Tony and several other St. X friends would often spend weekends at James's house working on the next invention. I recall them making a gumball cannon with a controlled gauge that reportedly had the ability to launch gumballs at the speed of sound. They used the gumball cannon for airsoft wars. They made water cannons using compressed air and also designed model rockets. They built a clubhouse together in the woods behind James's house with running water and heating and air conditioning systems all designed by James. While in high school, James regularly

designed and printed parts for his inventions, including parts for a remote-controlled boat, parts for a rocket and parts for machines, with a 3D printer. James and friends talked about building a remote-controlled plane with a jet engine. The boys also thought they could construct a model rocket that would shoot several thousand feet in the air. James reportedly considered seeking approval from the FAA; however, when we advised against creating something that could potentially endanger air traffic, they aborted their planned construction without hesitation. James wanted to build a go cart from scrap metal, so he designed and created a small, homemade welding torch. James used his knowledge to construct fog machine-like smoke bombs for our annual Halloween display. With all of the inventions we are aware of, there was never an intent or desire to put people or public property in danger. Safety was always paramount. It was just kids being creative. From a parent's perspective, it was refreshing to see kids come together to use physics, math and chemistry to create something, rather than spending their weekends playing video games, drinking underage or engaging in illegal activities. James abhors the consumption of alcohol and drugs. I am so thankful for James. He became friends with my son who did not have many friends, and brought him into a small group of life-long friends. In a world that can be so cruel to people who are different, James accepted Tony for who he is and Tony is a better young man because of it.

After graduation from high school, Tony and James remained friends. Tony chose to attend college and will pursue a career in the military after graduation. James chose to focus on his true passion – music. There has been a lot of focus on James's use of chemistry and physics as hobbies, and he is truly brilliant in those areas, but that focus does not accurately portray who James is. James knew he could go to college and study physics or chemistry or engineering and excel. But James also excels as a drummer and pianist. James even took lessons from the drummer of a prominent, iconic band. Several years ago, James and a few friends decided to form a rock band. When the band was searching for a lead singer, Tony told James he should consider asking his sister (my daughter), Teresa, to audition for the spot. Teresa began rehearsing with the band and, within a few months, James and

Teresa became interested in dating. James had promised Tony he wouldn't date Teresa, and James once again proved his loyalty as a friend and kept his word. Eventually, James asked Tony for permission to date Teresa. My husband and I are very protective of our only daughter, but we didn't have any reservations about James and Teresa dating because James had already proven himself to be a young man of impeccable character.

James moved into a condominium in Oxford with one of the band members and they rented music studio space in a building nearby. He moved out so he could focus on his drumming and not disturb his elderly grandmother who lives in his parent's home. James has an unmatchable work ethic. He obtained his CDL and, although he's only 20, he secured a job with the Ohio Department of Transportation to pay for the expenses at the condo and the studio. He also purchased a new, impressive drum set. While other 20-year-olds play video games all day, James worked overtime driving a snowplow on the highways – sometimes putting in 18-hour days. In addition to working long hours and practicing his drumming, James found time to build a large garden at our home and used his scientific knowledge to calculate the proper mixture of soil types to optimize the growth of the garden plants.

The band James assembled has written nine progressive rock songs and they are planning to professionally record and produce the songs soon. I wish I could share a recording with you. I think you would be amazed at the level of talent of these young adults (who will hopefully have the opportunity to attain their dream of touring and performing worldwide).

I spent years of my career as a prosecuting attorney. I have tried murderers and rapists. I have been followed out of the courthouse by shooting suspects. I have been exposed to really bad people throughout my career. I can assure you that James Phillips is not one of those people. He is an intelligent, loyal and kind person who I believe did not realize the gravity of his experiments. He would never harm anyone and he would not damage property without the owner's permission. If he

was even a small fraction of the evil person he is being made out to be, I would certainly not allow him in my home and I would prohibit my children from interacting with him.

I hope that you will convey to the prosecutor who the real James Phillips is. He is an intelligent, thoughtful, kind, respectful, considerate young man and loyal friend with incredible work ethic and musical talent. I realize that the government has discretion in how they approach the prosecution of this case and I pray they have mercy on James. I am not asking for consideration merely because he is a friend to my son and a boyfriend to my daughter, but because it would be an absolute travesty of justice for James—a brilliant, talented young man with no contacts with the courts or law enforcement—to be pursued for a felony conviction or incarcerated.

Thank you for your consideration. Please feel free to contact me if you need additional information.

Bernadette Longano
3928 Von Rissen Court
Cleves, Ohio 45002
(513) 608-5735

I have the privilege of writing a character letter about James Phillips. We have known the Phillips family since James was two years old. We lived across the street for the roughly dozen or so years that they lived on Keeneland Way, and had many interactions with James during those years.

James, wise beyond his years, has always followed his curiosities, many of which he advanced to levels beyond which most kids his age can think. He has an inventive mind to accompany his quests for delving into something to learn all he can about it. Around age 11 or 12, he and a friend built a go-cart in their garage. He figured out the electronic and technical components that a go-cart would require, used available construction materials, and put it together until it all worked.

At about the same age, he began taking piano lessons. Naturally, he advanced quickly and soon asked to practice on our baby grand instead of on their upright - to provide a more realistic situation. When he started playing, "All of Me," by The Piano Guys, we were astonished. It's quite an advanced piece, which he played to near perfection. In his teenage years his musical interest changed to playing drums. He has excelled to the point that his renowned teacher has said that he has no more instruction that he can give because James is so advanced.

We watched him and his brothers grow up doing all the normal 'boy' activities. They created a city-like area in their side yard so they could use their numerous toys (bulldozers, dump trucks, etc.) to 'excavate' and construct. They had endless athletic contests, built snow forts, and had snowball fights in the front yard. They went sledding in our back yard. They rode their bikes constantly.

All of this is to say that James grew up quite 'normally.' We always remarked about his kind and gentle demeanor, as evidenced in the family dynamics. He followed the examples of trustworthiness, caring, and kindness from his parents and showed his siblings and neighborhood kids the same. He has a deep sense of integrity and set of principles. As he forms a band, he will not even consider someone if he knows that that person drinks, smokes, or does drugs.

In his age-appropriate naivete, he stayed true to his creative, inventive curiosity. Rest assured that in his efforts to 'test' his concoctions, he tried to make certain there was no one else around; hence, he waited until the wee, small hours, or by invitation to a friend's property. The police arrived just before they detonated the last one. They never would have left the last one 'undetonated,' so they certainly did not pose - and are not - a threat to the community. James is a gracious, kind, thoughtful, and caring man who, perhaps, allowed his enthusiasm to dictate his judgement. Boys like to blow up things, as in pumpkins at Halloween. Transporting his inventions across state lines probably amounted, in his mind, to the same thing as buying fireworks in one state and taking them to another state.

James is so far from being any kind of a threat - especially after this life-changing event in his young life. It has shaken him to his core, causing him deep remorse for putting his family and friends through this.

Thank you for letting me speak for James.

Respectfully and sincerely offered,

June Williams

*10203 Glenash Court*
*Montgomery, Ohio 45242*

April 28, 2025

Mr. R. Scott Croswell, III
Croswell & Adams Co., L.P.A.
8 West 9th Street
Cincinnati, OH 45202

Dear Mr. Croswell,

This provides our perspective on the upstanding character of James Phillips.

Our impressions of James are based on our long relationship with James and his family. We have known the Phillips, including James, since 2010, when James was six years old. Tom worked with James' mother at Xavier University for 13 years.

In addition to this long friendship, we have had many one-on-one interactions with James over the past 15 years. We stayed at the Phillips' home when his parents were out of town for their health care. We also helped out periodically in the mornings and evenings when his parents had health or work commitments, or the family schedule was complex due to the 5 boys' different school and activity schedules. We attended James's First Holy Communion and his Confirmation, as well as family birthday and holiday celebrations.

James has helped us around our home on numerous occasions. Not only does he volunteer to help, but he looks for additional tasks with which to help. While we offer to pay him, James always refuses money because "It's what friends do."

James has a natural curiosity, leading him to pursue numerous hobbies.
1. <u>James is gifted musically</u>. He taught himself piano by listening to music and then being able to replicate it. After learning to play drums on his own, a professional rock band drummer took James as a student, exposing him to a variety of drumming techniques and relationships with other professional drummers. James started a band, and he participated in School of Rock performances in local venues.
2. <u>James has a fascination with mechanics and science</u>. As an elementary student, James built a working go-cart from miscellaneous parts. He also built an air compressor oxygen system allowing him and his brothers to swim underwater in our backyard pool.
3. <u>James enjoys experimenting with chemical reactions</u>. Inspired by his parents' PhD chemistry backgrounds, James participated in many experiments, leading to an interest in rocket propulsion and various experimental designs. Related to his chemistry interest, James became a good cook -- cooking is applying basic chemistry to mix ingredients.

James is a caring, sensitive young man. When we took him for a celebratory Confirmation dinner, we discussed recent school shootings. He told us he and his fellow students were always on the alert for potential danger to themselves and the student body. Further, James told us he could not fathom someone choosing to harm another. We have no reason to believe differently today.

In summary, we believe James to be of strong character. To quote your court statement, "He is a good boy."

Kind regards,

*Tom and Becky*

Thomas and Rebecca Meyer

May 1, 2025

Scott Croswell
8 West 9th Street
Cincinnati, Ohio 45202

Dear Scott,

Permit me to introduce myself. I am the Rev. Allan R. Laubenthal, Rector-President Emeritus of St. Mary Seminary, Graduate School of Theology, located in Wickliffe, Ohio. This letter is being written on behalf of JAMES PHILLIPS one of your clients.

Marla Phillips has been a friend since grade school in North Olmsted, Ohio. I officiated at her father's funeral, officiated at her marriage to Richard Phillips and baptized their five sons, including James, all in my capacity as a weekend associate.

Suffice it to say that I was shocked at the news of James' arrest. This is a model Catholic family. The boys are being raised according to high moral standards.

James is the second oldest. From the very beginning he has exhibited a lot of talent for many undertakings, e.g., he is a self –taught pianist who has mastered works by Beethoven, Mozart, Brahms, etc. He has always been interested in building original mechanical devices. I recall him explaining (or trying to explain) a complicated device he put together in grade school for the purpose of purifying water.

He is on the quiet side, content with his undertakings. However, he relates well to people and is very polite. I have no recall of any anti-social behavior or anger being directed at any groups of people. He seems well adjusted and comfortable.

Although his recent activity could reflect some lingering immaturity and indiscretion, in no way is it indicative of a dangerous individual.

If I can be of further help in your representation of James, please let me know.

Sincerely yours,

*Allan R. Laubenthal*

(Rev.) Allan R. Laubenthal, S.T.D.
29741 Lorain Rd.
North Olmsted, Ohio 44070

Cell: 440 – 653 – 6013.

**To Whom It May Concern,**

I am writing to offer my wholehearted support for my nephew, James Phillips. Over the past 20 years, I've had the privilege of watching James grow into a thoughtful, intelligent, and kind young man with a genuine curiosity about the world and a strong moral compass.

James has a deep passion for music. It's more than a hobby for him—it's a meaningful part of how he understands and expresses himself. He has a great ear, a thoughtful approach to what he listens to, and a respect for the creative process that speaks to his maturity and depth. Whether he's exploring different genres or creating music of his own, he approaches it with both discipline and heart.

He also has a love for learning and problem-solving that's reflected in his appreciation for the show *MythBusters*. That show resonates with the way James naturally thinks—he enjoys asking questions, testing ideas, and discovering how things work. This analytical mindset, paired with his creativity, makes him a well-rounded and capable individual.

Beyond his interests, what truly stands out about James is his character. He's respectful, dependable, and honest. He treats people with kindness and humility, and he carries himself with quiet confidence. He doesn't seek the spotlight, but he always shows up, follows through, and does the right thing.

I am proud of the person James has become and have every confidence in his future. He has the values, intelligence, and heart to succeed in whatever he sets his mind to.

Sincerely,

**Matthew Schuerman**
Uncle of James Phillips
Phone: 440-258-6080
Email: mschuerm1@gmail.com

Rev. Robert J. Farrell

8313 Woodbridge Lane
Maineville, Ohio 45039
rfarrell280@gmail.com

5/27/2025

To whom it may concern:

I wish to take this opportunity to introduce Mr. James Phillips. I have known James as his pastor and family friend for over 13 years. Over the years, I have seen him grow into an upstanding, caring, and hard working young man. I have witnessed his interactions with his four siblings and his friends. Were there arguments and hassles, as with any young man, growing in his awareness of who he is…of course. But through it all, his commitment, ability to learn from his choices and his unwavering love for those around him was always evident. He would never intentionally hurt anyone or anything.

I was amazed at James' ability to teach himself to play the piano and drums. He would practice until he mastered the piece of music because he was passionate about doing things correctly…passionate about knowing how things ticked!

I witnessed James bringing this same passion and inquisitive nature to all his hobbies. I would always get a laugh with his latest attempt to take broken engines or various items in the trash and not only make them work again, but create some new use for them.

Growing up in a household where both his parents are chemists, James took a natural interest in understanding how chemicals interacted and how they could be used for good. Honestly, I rarely understood the conversations but James loved being creative and exploring his world. I have to say, I was always impressed with his insistence on safety as he tried any experiment.

The events of the past weeks has deeply affected James. Based on other experiences I witnessed over the years, I believe James honestly felt he was being careful and cognizant of doing no harm. I have seen James taking responsibility for his actions, learning from his mistakes and developing a strong moral character rooted in love, care and respect for those around him.

As James strove to understand and acquire deeper knowledge in his hobbies, I have no doubt he will evaluate his actions, honestly learn from them and continue growing into a good man. A foolish decision and mistake should not and does not define the true character of James Phillips.

I prayerfully request that you take the whole of James' life into consideration. It's not just what he did… but why he did it and the circumstances surrounding the action …that are important. Be assured James is loved, supported and surrounded by those who will

continue to guide him - myself included. If there is anything else you may need, please do not hesitate to contact me.

Sincerely,

# Rev. Robert J. Farrell

Rev. Robert J. Farrell

Dear Mr. Croswell,

I would like to take this opportunity to explain some of my scientific interests, methods, purpose, and provide my history in relation to those topics. When I was eight years old, I realized I was very interested in science as a whole. The fields of study included, in no particular order, physics, mechanical engineering, fluid dynamics, aerodynamics, circuitry and electrical principles, organic chemistry, inorganic chemistry, electrochemistry, and material science.

Throughout my childhood I would go through phases of interest of those topics seemingly one or two at a time, and I would do projects that incorporated principles from those fields because I always had an interest in not only theorizing and thinking about those subjects, but also seeing them play out in real life. I always wanted to make things that were either impressive to me or just rare for the average person to get to experience or see in a lifetime. On top of that, I liked seeing how those principles are used in everyday life which is why I would research how household appliances work and then get my older brother to drive me around the neighborhood on garbage night to see if I could find appliances that people were throwing away to take apart and study how they worked for myself after researching them.

After a few years of doing that, my focus shifted more so to building my own things and performing my own experiments because there were just some things the internet couldn't answer, and I felt as though I was armed with enough knowledge at that point to find the answers to my curiosities myself. So around the age of ten, I started doing my own projects. Often times my projects required parts that either weren't sold commercially or were very expensive. So, I usually had to make certain parts myself, either from scratch, or by modifying store bought parts or goods and using them for purposes they were never intended for.

Project after project I slowly developed almost an inventory in my head of products sold commercially, both very common products and also products that people have probably never heard of before, and how they worked, and what they contained. Having and building that inventory made projects of mine in the future much more within reach of what I could realistically do with the little money and resources I had.

Moving on to when I was eleven years old, I had been researching chemistry for years and finally felt confident enough to stray away from solely doing mechanical and physical projects and try chemistry projects for myself. Back then and to this day I was and am interested in all chemistry. Some of my first reactions were part of a chemistry set I had gotten for Christmas. The set actually came with a wide array of chemicals and had a procedure booklet that would walk you through different chemical reactions and even some electrochemistry experiments, as well as the hazards and safety precautions that should be taken. After going through the book

and performing the suggested reactions I started looking up and researching what else I could do with the chemicals provided in the chemistry set. I remember I used the potassium permanganate provided in the chemistry set to catalytically decompose store-bought over the counter hydrogen peroxide. I then collected the oxygen produced to convert iron two chloride to iron three chloride which results in a color change which is what I wanted to see. I didn't think it was overly exciting because that reaction was useless other than the fact that it was the first reaction I did based on research I had done on my own, and it worked. So, to me, it gave me confidence to start doing more involved reactions.

I messed around with inorganic chemistry for the rest of that year, until the next year when I tried my hand at some organic chemistry too. My first organic chemistry experiments were synthesizing artificial flavors and scents from chemicals available at the hardware and grocery store. For whatever reason, I was always interested in safety as almost its own subject. I would research how these reactions were done industrially as well as on a laboratory scale. I would then research safety precautions and dangers that the professionals in both settings would take into account. That played a large role in my interest in material science because obviously some materials are incompatible and would therefore be unsafe when in contact.

Somewhere down the line I thought it would be cool to make an explosive of some kind. I started reading books, patents, SDS pages, doing research online, and watching videos. Youtube channels such as Darrian Ballard, Apoptosis, Extractions and Fire, Integza, Cody's Lab, Tech Ingredients, Pyrotechnical, and more. I learned quite a bit from these Youtubers especially regarding good lab practice and safety. I also learned from their mistakes, as well as the real world side of explosives and chemistry, not just theory. But something else that rubbed off on me while watching these videos was that everything regarding the chemistry and actual use of the explosives was okay and perfectly legal as long as you weren't harming anyone. In my mind, if they were doing it and posting it on the internet and no one was complaining and they weren't getting in any legal trouble, it should be fine. There was even one video that directly said it was legal for anyone to try. And as I got older it never crossed my mind to second guess the legality of it because I knew I wasn't harming anyone or doing anything that felt, intuitively, like a crime. The earliest influence I had regarding explosives was a TV show called Mythbusters. On the show, they would often blow things up and teamed up with the FBI to do so. While they didn't talk about how explosives were made they did show enough clips of setting them up for use to where I could extrapolate how the professional system they were using worked, as well as the safety measures they took to stay safe.

In the meantime, I started to do more projects involving engineering, physics, electricity, aerodynamics, and other more physical studies. I would build model airplanes from scratch developing new ways of making my own parts and systems to make them work. Again, using

household items for things they were never intended for.  I would build air powered cannons that I would spend time trying to optimize by studying and using fluid dynamics.  One air cannon I built used heated compressed air and a barrel under vacuum to accelerate a gumball to a little over the speed of sound.

It should be noted that throughout all of this, my main focus has been on becoming a musician, forming my band, and writing music.  I've been obsessed with writing, playing, and listening to music for longer than I've been interested in the sciences and that has been my main goal in life - to one day be able to make a living from my music.  All of my experimenting has been nothing more than a hobby and was all only done if I had time to get around to it when I wasn't in school or doing school work, practicing an instrument, writing music, trying to actively expand my connections in the music world, working my job, participating in family activities as well as helping my family, hanging out with my girlfriend, or friends in general, or gardening.


Sincerely,


James Phillips